UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| Brian F. Cochrane <br> 835 N 12th E <br> Mountain Home, ID 83647 <br><br>       Plaintiff, <br><br> The Honorable Michael W. Wynne <br> Secretary of the Air Force <br> 1670 Air Force Pentagon <br> Washington, D.C. 20330, <br><br>       Defendant. <br><br> Also Serve: <br> The United States Attorney <br> For the District of Columbia <br> 555 Fourth Street, NW <br> Washington, D.C. 20530 <br><br> The Attorney General of <br> The United States <br> 10th & Constitution Ave., N.W. <br> Washington, D.C. 20530 | Civil Docket <br> No:_____ <br>   (       ) |

## COMPLAINT

This is a complaint for declaratory judgment seeking to declare the decision of the Air Force Board for Correction of Military Records denying relief to Plaintiff to have been in error.

## JURISDICTION

1. Jurisdiction in this matter is conveyed by 28 U.S.C. § 1331 and by the Administrative Procedure Act 5 U.S.C. § 702 et seq.

## VENUE

2. Venue is proper as the Defendant is found in this District.

## PARTIES

3. Plaintiff, Major Brian F. Cochrane, is on active duty in the United States Air Force and is stationed at Mountain Home AFB, Idaho. He has served 22 years on active duty.

4. Defendant, The Honorable Michael W. Wynne, in his official capacity, is the Secretary of the Air Force.

## FACTS

5. On July 26, 2001 the Air Force Board for Correction of Military Records (AFBCMR) granted the relief sought by Plaintiff in an application filed with the AFBCMR. The AFBCMR placed a revised Performance Recommendation Form (PRF) in Plaintiff's official record showing a "Definitely Promote" (DP) and sent Plaintiff to a Special Selection Board (SSB) for reconsideration for promotion to Lieutenant Colonel, a promotion that had been previously denied.

6. On August 3, 2001, the Director, Air Force Review Boards Agency, approved the AFBCMR decision.

7. In 2002 an SSB convened, considered Plaintiff for consideration and without reason or rationale denied that promotion.

8. In promotion boards other than SSBs a DP is a virtual guarantee of promotion. These boards in the applicable period had promotion rates that were universally in excess of 95% for persons awarded a DP.

9. In SSBs during this same period promotion rates were 50% for persons awarded a DP by the AFBCMR.

10. Plaintiff's DP on its face showed a group size of NA (not applicable) indicating that the group Plaintiff was competing with for this DP was essentially nonexistent.

11. The DP granted by the AFBCMR is facially an out of cycle non-allocated DP. In cycle DPs are facially competitive, reviewed DPs which carry with them the imprimatur of having been competitively earned.

12. The SSB enabling statute requires that the SSB review records as they would have appeared to the board that should have considered him, 10 U.S.C. § 628 (a)(2).

13. On September 5, 2002, Plaintiff sought reconsideration from the AFBCMR asking for a new DP with a competitive group number of at least six persons. On December 9, 2002 this request was denied.

14. On January 27, 2003, Plaintiff sought a second reconsideration on the basis of the disparity of DP promotion rates between regular selection boards and SSB selection boards alleging bias.

15. On July 3, 2003, Plaintiff received an advisory opinion from the Headquarters, Air Force.

16. On November 7, 2003, Plaintiff responded to the advisory opinion.

17. On February 12, 2004, the AFBCMR denied relief finding no bias in the SSB system.

18. On March 1, 2005, Plaintiff filed a third reconsideration request asking that Plaintiff be returned to an SSB because the prior SSB had failed to provide reasons for its decision as required by case law.

19. On May 10, 2005, Headquarters, Air Force Personnel Center, issued an advisory opinion to which Plaintiff responded on June 20, 2005.

20. On December 2, 2005, the AFBCMR denied relief.

## CLAIM FOR RELIEF

21. The AFBCMR denial of giving Applicant a group size that would reflect a competitive PRF subverted and did not comport with the meaning and intent of 10 U.S.C. § 628 (a)(2). As long as the DP awarded to Applicant was facially noncompetitive, it did not reflect a record as it would have been when the board that should have considered him saw the record.

22. Further, the disparity in DP promotion rates between regular promotion boards and SSB promotion boards shows a palpable bias again Plaintiff and those similarly situated to Plaintiff.

23. Finally, the AFBCMR should have recognized that the first SSB was obligated to provide reasons for the SSB denial of promotion to Plaintiff.

24. In each of the matters enumerated in paragraphs 21, 22 and 23 above, the AFBCMR's failure to grant relief was arbitrary and capricious, an abuse of discretion and contrary to law.

## RELIEF REQUESTED

25. WHEREFORE, Plaintiff respectfully requests that:

This Honorable Court order Defendant to send Plaintiff to an SSB, to have Plaintiff considered by the SSB for the CY99B promotion selection board; to have Plaintiff's PRF reflect a group size of at least 6; and to report to Plaintiff the reason for Plaintiff's SSB nonselection, if such nonselection should occur.

Respectfully submitted,

Gary R. Myers
Counsel for Plaintiff
DC Bar # 157115
78 Clark Mill Road
Weare, NH 03281
Ph: 800-355-1095
Ph: 603-529-3455
Fax: 603-529-3009

Page 5

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**
Brian F. Cochrane

**DEFENDANTS**
The Honorable Michael W. Wynne
Secretary of the Air Force

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 99999
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Gary Myers, James Culp and Associates
78 Clark Mill Road
Weare, NH 03281
800-355-1095

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)
- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

- ○ A. Antitrust
  - ☐ 410 Antitrust
- ○ B. Personal Injury/Malpractice
  - ☐ 310 Airplane
  - ☐ 315 Airplane Product Liability
  - ☐ 320 Assault, Libel & Slander
  - ☐ 330 Federal Employers Liability
  - ☐ 340 Marine
  - ☐ 345 Marine Product Liability
  - ☐ 350 Motor Vehicle
  - ☐ 355 Motor Vehicle Product Liability
  - ☐ 360 Other Personal Injury
  - ☐ 362 Medical Malpractice
  - ☐ 365 Product Liability
  - ☐ 368 Asbestos Product Liability
- ● C. Administrative Agency Review
  - ☐ 151 Medicare Act
  - Social Security:
    - ☐ 861 HIA ((1395ff)
    - ☐ 862 Black Lung (923)
    - ☐ 863 DIWC/DIWW (405(g)
    - ☐ 864 SSID Title XVI
    - ☐ 865 RSI (405(g)
  - Other Statutes
    - ☐ 891 Agricultural Acts
    - ☐ 892 Economic Stabilization Act
    - ☐ 893 Environmental Matters
    - ☐ 894 Energy Allocation Act
    - ☒ 890 Other Statutory Actions (If Administrative Agency is Involved)
- ○ D. Temporary Restraining Order/Preliminary Injunction

  Any nature of suit from any category may be selected for this category of case assignment.

  *(If Antitrust, then A governs)*

- ○ E. General Civil (Other)  OR  ○ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ○ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ○ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ○ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ○ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ○ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐  DEMAND $ 0   Check YES only if demanded in complaint  JURY DEMAND: YES ☐ NO ☒

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE 3/2/07   SIGNATURE OF ATTORNEY OF RECORD _CCN_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

  I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

  III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

  IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

  VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

  VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.