IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN F. COCHRANE<br>835 N 12th E<br>Mountain Home, ID 83647<br><br>          Plaintiff,<br><br>v.<br><br>THE HONORABLE<br>MICHAEL W. WYNNE<br>Secretary of the Air Force<br>1670 Air Force Pentagon<br>Washington, D.C. 20330<br><br>          Defendant.<br><br>Also Serve:<br>The United States Attorney<br>For the District of Columbia<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br><br>The Attorney General of<br>The United States<br>10th & Constitution Ave., N.W.<br>Washington, D.C. 20530 | Civil Action No. 07-0437 (RCL) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Steven M Ranieri, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                                              Respectfully submitted,
                                              _____/s/_____
                                              STEVEN M. RANIERI
                                              Special Assistant United States Attorney
                                              Civil Division
                                              555 Fourth St., N.W.
                                              Washington, D.C.  20530
                                              202-353-9895  / FAX 202-514-8780