UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Brian F. Cochrane<br>835 N 12th E<br>Mountain Home, ID  83647<br><br>         Plaintiff,<br><br>The Honorable Michael W. Wynne<br>Secretary of the Air Force<br>1670 Air Force Pentagon<br>Washington, D.C.  20330,<br><br>         Defendant.<br><br>Also Serve:<br>The United States Attorney<br>For the District of Columbia<br>555 Fourth Street, NW<br>Washington, D.C.  20530<br><br>The Attorney General of<br>The United States<br>10th & Constitution Ave., N.W.<br>Washington, D.C.  20530 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Docket<br>No:  1:07-cv-0437<br>    (Royce C. Lamberth) |

PRAECIPE

1. I, Lee Currier, am the office manager for Gary Myers, counsel for the Plaintiff in the above styled matter.

2. When the signed, stamped, sealed and dated summonses listing the deadline for response were returned to me from the clerk, I inadvertently failed to copy the summonses before I sent them to the party Defendant and the additional parties.

3. Accordingly, copies were not available for filing with the Court with proof of service. Nonetheless, service was accomplished as evidenced by the return receipt cards previously provided.

Respectfully submitted,

*Lee Currier*

Lee Currier
Office Manager for
Gary Myers
Counsel for Plaintiff
DC Bar # 157115
78 Clark Mill Road
Weare, NH 03281
Ph: 800-355-1095
Ph: 603-529-3455
Fax: 603-529-3009