IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BRIAN F. COCHRANE | ) ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) ) | Civil Action No. 07-0437 (RCL) |
| THE HONORABLE MICHAEL W. WYNN<br>Secretary of the Air Force | ) ) ) ) |  |
| Defendant. | ) ) ) |  |

**JOINT MOTION TO ESTABLISH A BRIEFING SCHEDULE**

Plaintiff brings this action for review on an administrative record under the Administrative Procedure Act, 5 U.S.C. § 702, *et seq*, challenging a decision of the Air Force Board For Correction of Military Records. The parties have conferred and believe that the Court can decide the merits of this case based on cross-motions for summary judgment. The parties propose the following briefing schedule:

1. Defendant's Motion for Summary Judgment and submission of Administrative Record due by August 20, 2007;

2. Plaintiff's Cross Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment due by September 19, 2007;

3. Defendant's Opposition to Plaintiff's Cross Motion for Summary Judgment and Reply to Plaintiff's Opposition due by October 5, 2007;

4. Plaintiff's Reply to Defendant's Opposition due October 19, 2007; and

5. Defendant's obligation to file an answer should be stayed until resolution of the parties' cross-motions for summary judgment.

A proposed Order consistent with this Motion is attached.

        Respectfully submitted,

        _/s_____
        JEFFREY A. TAYLOR, D.C. Bar # 498610
        United States Attorney

        _/s_____
        RUDOLPH CONTRERAS D.C. Bar # 434122
        Assistant United States Attorney

        _/s_____
        BRIAN C. BALDRATE
        Special Assistant U.S. Attorney
        555 Fourth Street, N.W.,
        Washington, D.C.  20530
        (202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRIAN F. COCHRANE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE HONORABLE MICHAEL W. WYNN )<br>Secretary of the Air Force )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil Action No. 07-0437 (RCL) |

## ORDER

Upon consideration of the parties' Joint Motion to Establish a Briefing Schedule, and the entire record of this case, it is hereby

**ORDERED** that the Joint Motion to Establish a Briefing Schedule is **GRANTED**, and it is further

**ORDERED** that Defendant's Motion for Summary Judgment and submission of Administrative Record is due by August 20, 2007;

**ORDERED** that Plaintiff's Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment is due by September 19, 2007;

**ORDERED** that Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Reply to Plaintiff's Opposition is due by October 5, 2007;

**ORDERED** that Plaintiff's Reply to Defendant's Opposition is due October 19, 2007; and

//

//

      **ORDERED** that Defendant's answer is stayed until resolution of the parties' cross-motions for summary judgment.

Dated this _____ day of _____, 2007.

                                                                 _____
                                                                 Royce C. Lamberth
                                                                 United States District Judge

Copies to:
Counsel for Parties via ECF