UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN F. COCHRANE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-437 (RCL) |
| ) | |
| HON. MICHAEL W. WYNN, ) | |
| Secretary of the Air Force, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the parties' joint motion [7] to establish a briefing schedule, and the entire record of this case, it is hereby

ORDERED that the joint motion [7] to establish a briefing schedule is GRANTED; and it is further

ORDERED that: (1) defendant's motion for summary judgment and submission of Administrative Record is due by August 20, 2007; (2) plaintiff's motion for summary judgment and opposition to defendant's motion for summary judgment is due by September 19, 2007; (3) defendant's opposition to plaintiff's motion for summary judgment and reply to plaintiff's opposition is due by October 5, 2007; (4) plaintiff's reply to defendant's opposition is due October 19, 2007; and (5) defendant's answer is stayed until resolution of the parties' cross-motions for summary judgment.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on July 20, 2007.