UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN F. COCHRANE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-0437 (RCL) |
| | ) |
| MICHAEL W. WYNNE | ) |
| **Secretary of the Air Force,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

The Administrative Record consisting of 123 pages will be filed with the Clerk of the Court and served upon counsel for Plaintiff in electronic form on CD ROM rather than electronically via ECF, in accordance with Local Civil Rule 5.4(e)(1)(B). Although less then 500 pages, the electronically reproduced Administrative Record is too large to efficiently file electronically. A courtesy paper copy of the Administrative Record on paper will be provided to the Court.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
BRIAN C. BALDRATE
Special Assistant United States Attorney
Civil Division