UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRIAN F. COCHRANE,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL W. WYNNE,<br>Secretary of the Air Force,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 07-437 (RCL)

**FILED**

MAR 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of defendant's Motion [9] for Summary Judgment and plaintiff's Cross-Motion [11] for Summary Judgment, the oppositions and defendant's reply, the applicable law, the record herein, and for the reasons set forth in an accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's Motion [9] for Summary Judgment be, and is hereby GRANTED; it is further

ORDERED that plaintiff's Cross-Motion [11] be, and is hereby DENIED; and it is further

ORDERED that this case shall stand dismissed with prejudice.

SO ORDERED.

DATE: March 31, 2008

_____
Royce C. Lamberth
United States District Judge